**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Melvin Eugenio LOPEZ-GOMEZ,** | § | |
| *Petitioner,* | § | |
| | § | **NO. 1:26-CV-01045-ADA-DH** |
| *v.* | § | |
| **TODD BLANCHE, Acting United States Attorney General, et al.,** | § | |
| *Respondents.* | § | |

## <u>ORDER</u>

On July 10, 2026, Petitioner filed a motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Dkt. 9. Petitioner seeks to dismiss this action because Petitioner is no longer detained in United States immigration custody after voluntarily departing to Guatemala. *See id.* Petitioner therefore maintains that no live case or controversy remains before the court. *Id.*

An action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. FED. R. CIV. P. 41(a)(2). The Court finds these terms are proper for dismissal, as no live controversy remains now that Petitioner has voluntarily departed and is no longer in immigration custody. Petitioner's Motion should therefore be granted.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Voluntary Dismissal (Dkt. 9) is **GRANTED.** Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED ON JULY 13, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE